UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, ex rel., | : | |
| Peter Rothschild, M.D., et al., | : | Judge Susan J. Dlott |
| | : | |
| Plaintiff, | : | Case No.  1:17-cv-720 |
| | : | |
| v. | : | |
| | : | |
| PROSCAN IMAGING, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**CONSENT TO NOTICE OF VOLUNTARY DISMISSAL**

Relators have filed a Notice of Voluntary Dismissal, seeking dismissal of the *qui tam* lawsuit without prejudice as to Relators and the United States (ECF No. 18).

The United States, pursuant to 31 U.S.C. § 3730(b)(1), notifies the Court of its consent to dismissal of this action without prejudice to the United States.  The United States requests that all filings in this action that are currently maintained under seal continue to be maintained under seal.  A proposed Order is attached.

    Respectfully submitted,

    BENJAMIN C.  GLASSMAN
    United States Attorney

    /s/ Matthew J. Horwitz
    MATTHEW J. HORWITZ (0082381)
    Assistant United States Attorney
    Attorney for Plaintiff
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    (513)684-3711
    Fax: (513)684-6972
    Mattthew.Horwitz@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this this 22nd day of October, 2019, a copy of the foregoing was served on counsel of record through the United States District Court for the Southern District of Ohio's electronic filing system.

/s/ Matthew J. Horwitz
Matthew J. Horwitz
Assistant United States Attorney