UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, ex rel., | : | |
| Peter Rothschild, M.D., et al., | : | Judge Susan J. Dlott |
| | : | |
| Plaintiff, | : | Case No. 1:17-cv-720 |
| | : | |
| v. | : | |
| | : | |
| PROSCAN IMAGING, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

[Proposed] **ORDER**

Upon consideration of the Relator's Notice of Dismissal, filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States' Notice of Consent to the proposed dismissal, it is hereby

**ORDERED** that Relator's Complaint and all claims raised by Relator in this action are dismissed without prejudice to the United States and Relator; and

**FURTHER ORDERED** that all contents of the Court file in this action currently under seal shall remain under seal and shall not be made public.

_____
UNITED STATES DISTRICT JUDGE